

United States District Court
Eastern District of California

| Raquel Sanchez Molina |
| --- |

Plaintiff(s)

Case Number: | 1:26-cv-02137-DJC-SCR |

V.

| Christopher Chestnut et al., |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Hudson Kyle hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Raquel Sanchez Molina

On _____11/02/2018_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Texas_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Barragan Franco v. Andrews et al., Case No. 1:25-cv-01398-KES-EPG, filed 10/21/2025, granted 10/22/2025.

Date: _____03/18/2026_____        Signature of Applicant: /s/ Hudson Kyle

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Hudson Kyle |
| Law Firm Name: | Immigrant Legal Defense |
| Address: | 1301 Clay Street |
| | #70010 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 221-6813 |
| City and State of Residence: | San Antonio, TX |
| Primary E-mail Address: | hudson@ild.org |
| Secondary E-mail Address: | hudsonkyle11@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Christina Lee |
| Law Firm Name: | Immigrant Legal Defense |
| Address: | 1301 Clay Street |
| | #70010 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 764-3714   Bar # 230883 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   March 18, 2026

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE