UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL SANCHEZ MOLINA, | No. 1:26-cv-02137-DJC-SCR |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner Raquel Sanchez Molina is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).  Based on the information presently provided, the Court cannot find that Petitioner has a likelihood of success at this time.  Petitioner may be correct that her initial detention without an appropriate pre-deprivation hearing may have violated her Constitutional rights.  However, as Petitioner has now received a bond hearing, it is no longer apparent that there is any relief that the Court can provide.

Accordingly, Petitioner Motion for Temporary Restraining Order (ECF No. 2) is DENIED.  This matter is referred to the assigned Magistrate Judge for all further proceedings.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1