UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAQUEL SANCHEZ MOLINA (A# 095-799-002),

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-02137 DJC SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2026, the Magistrate j=Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 18. Respondents filed objections to the findings and recommendations for the reasons indicated in their prior responsive pleading ECF No. 20. Petitioner a response arguing that Respondents failed to articulate "specific" objections as required by Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. § 636(b)(1) and urges the Court to adopt the magistrate judge's recommendations. ECF No. 21.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued by Magistrate Judge Sean C. Riordan on July 20, 2026, ECF No. 18, are ADOPTED IN FULL.

2. Petitioner's § 2241 petition for writ of habeas corpus is GRANTED on Count 1 (Violation of 8 U.S.C. § 1231(a)(3)).

3. Respondents are ordered to:

   a. Immediately release Petitioner RAQUEL SANCHEZ MOLINA (A# 095-799-002) under the previously imposed conditions of supervision; and

4. Respondents shall not seek to revoke Petitioner's supervision unless and until they comply with 8 U.S.C. § 1231(a)(3), 8 C.F.R. § 241.13(i), any other applicable statutes and regulations, and the requirements of due process.

5. The Clerk of Court is directed to:

   a. Serve a copy of this order on the California City Detention Facility; and

   b. Enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 7, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE